**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Paul Bernheart Carrico Jr (First Name Middle Name Last Name) | Social Security number or ITIN: xxx–xx–0290<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | Jaclyn Kristina Carrico (First Name Middle Name Last Name) | Social Security number or ITIN: xxx–xx–3717<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7 8/10/26 |
| Case number: | 26–60768–mmp | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paul Bernheart Carrico Jr | Jaclyn Kristina Carrico |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2016 Wigeon Way<br>Copperas Cove, TX 76522<br>US | 2016 Wigeon Way<br>Copperas Cove, TX 76522<br>US |
| 4. | **Debtor's attorney**<br>Name and address | Erin Y. Baker<br>Erin Baker Shank, P.C.<br>1902 Austin Avenue<br>Waco, TX 76701 | Contact phone 254–296–1161<br><br>Email: shankcourtnoticesonly@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | James Studensky<br>3912 W. Waco Drive<br>Waco, TX 76710 | Contact phone (254) 776–9630<br><br>Email: jstudensky.trustee@outlook.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701–0 | Hours open Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone (254) 750–1513<br><br>Date: 8/10/26 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 17, 2026 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 613 961 0701, Passcode, 1756081903 OR call (254) 788–1242**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/16/26** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

In re: Case No. 26-60768-mmp

Paul Bernheart Carrico, Jr Chapter 7

Jaclyn Kristina Carrico

Debtors

# CERTIFICATE OF NOTICE

District/off: 0542-6 User: admin Page 1 of 4

Date Rcvd: Aug 10, 2026 Form ID: 309A Total Noticed: 69

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Paul Bernheart Carrico, Jr, Jaclyn Kristina Carrico, 2016 Wigeon Way, Copperas Cove, TX 76522, US 76522-7997 |
| 19275233 | | AT&T, P.O. Box 630060, Dallas, TX 75263-0060 |
| 19275235 | + | Bounce AI Lending USA, 2850 Clover St Suite 205, Pittsford, NY 14534-1755 |
| 19275236 | + | Bushwood Investments LLC, 115 S Hydraulic Ave, Wichita, KS 67211-1904 |
| 19275241 | + | Cash Max & Title Loan, 2127 E. Hwy 190 Ste A, Copperas Cove, TX 76522-2600 |
| 19275248 | + | Credit Control LLC, 3300 Rider Trail, Earth City, MO 63045-1311 |
| 19275250 | | Credit Ninja, 22 South Riverside Plaza, Suite 2200, Chicago, IL 60606 |
| 19275252 | + | Crown Asset Management Upstart Network, 1400 E Touhy Ave Suite G2, Des Plaines, IL 60018-3338 |
| 19275275 | + | RTO Finance, PO Box 675341, Dallas, TX 75267-5341 |
| 19275296 | | White Knight Pest Control, 1900 Ranch to Market Rd 967 Ste A, Buda, TX 78610 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: shankcourtnoticesonly@gmail.com | Aug 10 2026 23:25:00 | Erin Y. Baker, Erin Baker Shank, P.C., 1902 Austin Avenue, Waco, TX 76701 |
| tr | + | Email/Text: james.studensky@txitrustee.com | Aug 10 2026 23:26:00 | James Studensky, 3912 W. Waco Drive, Waco, TX 76710-7108 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Aug 10 2026 23:26:00 | United States Trustee - WA12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 19275231 | + | EDI: GMACFS.COM | Aug 11 2026 03:24:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 19275232 | ^ | MEBN | Aug 10 2026 23:24:31 | American Coradius International LLC, 2420 Sweet Home Rd Ste 150, Amherst, NY 14228-2244 |
| 19275234 | | Email/Text: billingquestions@bswhealth.org | Aug 10 2026 23:25:26 | Baylor Scott and White, 301 N Washington Ave, Dallas, TX 75284 |
| 19275249 | | Email/Text: correspondence@credit-control.com | Aug 10 2026 23:25:00 | Credit Control LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 19275237 | + | Email/Text: opportunitynotices@gmail.com | Aug 10 2026 23:26:00 | Capital Community Bank/Opp Loans, PO Box 5040, Fredericksburg, VA 22403-0640 |
| 19275238 | + | EDI: CAPITALONE.COM | Aug 11 2026 03:24:00 | Capital One, P.O. Box 60511, City of Industry, CA 91716-0511 |
| 19275239 | + | EDI: CAPITALONE.COM | Aug 11 2026 03:24:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 19275242 | | Email/Text: bankruptcy@cavps.com | Aug 10 2026 23:26:00 | Cavalry Portfolio Services, ATTN: Bankruptcy Department 500 Summit L, Valhalla, NY 10595 |
| 19275243 | + | Email/Text: dl-csgbankruptcy@charter.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 10 2026 23:26:00 | Charter Communications, 400 Washington Blvd., Stamford, CT 06902-6641 |
| 19275244 | + | EDI: JPMORGANCHASE | Aug 11 2026 03:24:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 19275245 | + | Email/Text: bankruptcy@axcess-financial.com | Aug 10 2026 23:25:00 | Check N Go, PO Box 36454, Cincinnati, OH 45236-0454 |
| 19275246 | + | EDI: CITICORP | Aug 11 2026 03:24:00 | Citibank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 19275247 | + | EDI: WFNNB.COM | Aug 11 2026 03:24:00 | Comenity Capital Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 19275251 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 10 2026 23:29:28 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 19275253 | | Email/Text: exeter@ebn.phinsolutions.com | Aug 10 2026 23:26:00 | Exeter Financial, PO Box 166008, Irving, TX 75017 |
| 19275254 | + | Email/Text: service@figloans.com | Aug 10 2026 23:26:00 | Fig Loans, 9450 SW Gemini Dr, Beaverton, OR 97008-7105 |
| 19275255 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 10 2026 23:25:00 | Fortiva Credit Card, P.O. Box 105555, Atlanta, GA 30348-5555 |
| 19275256 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 10 2026 23:25:00 | Freedom Mortgage Corporation, 951 Yamato Rd, Boca Raton, FL 33431-4444 |
| 19275257 | + | Email/Text: accountresearch@goodleap.com | Aug 10 2026 23:25:00 | GoodLeap LLC, Bankruptcy, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 19275259 | + | EDI: JPMORGANCHASE | Aug 11 2026 03:24:00 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850-5369 |
| 19275258 | + | EDI: JEFFERSONCAP.COM | Aug 11 2026 03:24:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 19275260 | | Email/Text: karina@leafyfinancial.com | Aug 10 2026 23:25:00 | Leafy Financial, 2921 Brown Trail Suite 250, Bedford, TX 76021 |
| 19275261 | + | Email/Text: bankruptcy@lmminc.com | Aug 10 2026 23:26:00 | Lockhart Morris & Montgomery Inc, 1401 N Central Expressway, Ste 225, Richardson, TX 75080-4456 |
| 19275262 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 23:29:29 | Lvnv Funding/ Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 19275264 | | Email/Text: EBN@Mohela.com | Aug 10 2026 23:25:00 | Mohela, 633 Spirit Dr, Chesterfield, MO 63005 |
| 19275266 | | Email/Text: info@sunshineloans.com | Aug 10 2026 23:25:00 | Moneyspot USA LLC, 631 Lucerne Ave, Suite 56, Lake Worth Beach, FL 33460 |
| 19275263 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2026 23:26:00 | Midland Credit Management, PO Box Box 460568, Houston, TX 77056-8568 |
| 19275265 | + | Email/Text: bankruptcy@moneylion.com | Aug 10 2026 23:26:00 | Money Lion, Po Box 1547, Sandy, UT 84091-1547 |
| 19275267 | + | Email/Text: bankruptcy@ncaks.com | Aug 10 2026 23:25:00 | National Credit Adjusters, PO Box 3023, Hutchinson, KS 67504-3023 |
| 19275268 | + | EDI: NFCU.COM | Aug 11 2026 03:24:00 | Navy FCU, Attn: Bankruptcy, PO Box 3300, Merrifield, VA 22119-3300 |
| 19275269 | + | EDI: NFCU.COM | Aug 11 2026 03:24:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 19275271 | + | EDI: AGFINANCE.COM | Aug 11 2026 03:24:00 | OneMain Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 19275272 | + | Email/Text: opportunitynotices@gmail.com | Aug 10 2026 23:26:00 | OppLoans, Attn Bankruptcy, PO Box 5040 Ste 3400, Fredericksburg, VA 22403-0640 |

| | | | | |
|---|---|---|---|---|
| 19275273 | ^ | MEBN | Aug 10 2026 23:24:51 | Pay Tomorrow, 9920 Kincey Ave, Huntersville, NC 28078-2400 |
| 19275274 | + | Email/Text: bankruptcy@regionalmanagement.com | Aug 10 2026 23:25:00 | Regional Finance, 979 Batesville Rd, Greer, SC 29651-6819 |
| 19275277 | | Email/Text: bankruptcy@sequium.com | Aug 10 2026 23:25:00 | Sequium, 2700 Cumberland Pkwy SE Suite 200, Atlanta, GA 30339 |
| 19275278 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Aug 10 2026 23:25:00 | Sezzle, 700 Nicollet Mall Ste 640, Minneapolis, MN 55402 |
| 19275281 | | Email/Text: bankruptcy@springoakscapital.com | Aug 10 2026 23:25:00 | Spring Oaks Capital, Llc, Attn Bankruptcy, PO Box 1216, Chesapeake, VA 23327 |
| 19275283 | | Email/Text: accounting@stepstonecredit.com | Aug 10 2026 23:25:00 | StepStone, 1223 N Rock Rd, Wichita, KS 67206 |
| 19275276 | | Email/Text: courts@scott-pc.com | Aug 10 2026 23:26:00 | Scott & Associates, PC, PO Box 115220, Carrollton, TX 75011-5220 |
| 19275279 | + | Email/Text: dl-csgbankruptcy@charter.com | Aug 10 2026 23:26:00 | Spectrum, 400 Washington Boulevard, Stamford, CT 06902-6641 |
| 19275280 | + | Email/Text: bkinfo@ccfi.com | Aug 10 2026 23:25:00 | Speedy Cash, 2312 E Trinity Mills Rd, Ste 100, Carrollton, TX 75006-1955 |
| 19275282 | + | EDI: AGFINANCE.COM | Aug 11 2026 03:24:00 | Springlf Fin, PO Box 1010, Evansville, IN 47706-1010 |
| 19275284 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Aug 10 2026 23:25:00 | Sunrise Credit Services, Attn Bankruptcy, PO Box 9004, Melville, NY 11747-9004 |
| 19275285 | + | EDI: SYNC | Aug 11 2026 03:24:00 | Synchrony Bank Sams Club, PO Box 965065, Orlando, FL 32896-5065 |
| 19275286 | + | EDI: SYNC | Aug 11 2026 03:24:00 | Synchrony Bank/Lowes, PO Box 965060, Orlando, FL 32896-5060 |
| 19275287 | + | EDI: SYNC | Aug 11 2026 03:24:00 | Synchrony Bank/PayPal Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 19275288 | + | EDI: WTRRNBANK.COM | Aug 11 2026 03:24:00 | Target Credit/TD, PO Box 673, Minneapolis, MN 55440-0673 |
| 19275289 | + | EDI: WTRRNBANK.COM | Aug 11 2026 03:24:00 | Target NB, Financial and Retail Svcs, Mailstop BT, PO Box 9475, Minneapolis, MN 55440-9475 |
| 19275290 | + | Email/Text: bkinfo@ccfi.com | Aug 10 2026 23:26:00 | Title Max, 1535 E. Hwy 190, Copperas Cove, TX 76522-2343 |
| 19275292 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 10 2026 23:25:00 | USAA FSB, 10750 McDermott, San Antonio, TX 78288-1600 |
| 19275291 | + | Email/Text: bkelectronicnotices@usaa.com | Aug 10 2026 23:25:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0002 |
| 19275293 | + | Email/Text: disputes@vhllc.com | Aug 10 2026 23:26:00 | Vance & Huffman, LLC, 55 Monette Pkwy Suite 100, Smithfield, VA 23430-2577 |
| 19275294 | + | EDI: VERIZONCOMB.COM | Aug 11 2026 03:24:00 | Verizon Wireless, Po Box 408, Newark, NJ 07101-0408 |
| 19275295 | + | Email/Text: inchargehq@westcreekfin.com | Aug 10 2026 23:26:00 | WC Koalafi, PO Box 5518, Glen Allen, VA 23058-5518 |
| 19275297 | + | Email/Text: bk@worldacceptance.com | Aug 10 2026 23:26:00 | World Finance Corp, 3226 Nogalitos Ste 102, San Antonio, TX 78225-2311 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19275240 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 19275270 | *+ | Navy Federal Credit Union, Po Box 3700, Merrifield, VA 22119-3700 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 Signature: /s/Gustava Winters